IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER D. JONES                                              PLAINTIFF

v.                          Civil No. 6:20-CV-06030

OFFICER TREJO (ADC Ouachita River                                 DEFENDANT
Correctional Unit)

## **JUDGMENT**

For the reasons stated in the Opinion and Order filed this date, Plaintiff's official capacity claims are DISMISSED WITH PREJUDICE. Plaintiff's individual capacity claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of June 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE